

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellee's counsel has filed a motion for leave to withdraw. According to the motion, counsel desires to withdraw, and attorney Elizabeth Conry Davidson will substitute in as counsel for appellee. We **GRANT** the motion to withdraw. As of the date of this order, our records will now list Elizabeth Conry Davidson as counsel for appellee.

We **order** the clerk of this court to serve a copy of this order on appellant, appellee's former counsel, and appellee's new counsel, Elizabeth Conry Davidson.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle
Clerk of Court

